HEMLOCK DEVELOPMENT CORP. et al., Petitioners, and SEINE DEVELOPMENT CORP., Appellant, v. WILLIAM L. McGUIRE et al., Constituting the Zoning Board of Appeals of the Town of Huntington, Respondents.—

568

Christ, P. J., Munder, Martuscello, Latham and Kleinfeld, JJ., concur.